IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| FOUR WINDS INTERACTIVE LLC, a Colorado limited liability company,<br><br>*Plaintiff,*<br><br>v.<br><br>ACTIVISION TV, INC., a Delaware corporation,<br><br>*Defendant.* | Civil Action No. 1:13-cv-02684-RM-MEH<br><br>**JURY TRIAL DEMANDED** |

## DECLARATION OF DAVID GOTHARD

1. My name is David Gothard. I am a resident of the State of Florida, am over the age of eighteen, and am competent to make this Declaration. This declaration is based on my personal knowledge and, if called upon to do so, I will testify that the facts stated herein are true and accurate.

2. I am the President of Activision TV, Inc. ("Activision"), Defendant in this action.

3. In mid-2013, I met with David Levin, President and CEO of Four Winds Interactive, LLC ("Four Winds"). During that meeting, Mr. Levin and I discussed a possible partnership between Four Winds and Activision. Mr. Levin presented me with a proposal whereby, among other things, Activision would take a license to Four Winds software and would grant to Four Winds a covenant not to sue on patents including U.S. Patent Nos. 6,215,411, 6,384,736, 7,369,058, and 8,330,613. I rejected the proposal.

4. During the meeting with Mr. Levin in mid-2013, I did not accuse Four Winds of infringement of any patent held by Activision, nor to the best of my knowledge, have I done so on any occasion. Moreover, to the best of my knowledge, no other representative

of Activision has ever accused Four Winds of infringement of any patent held by Activision.

5. PURSUANT TO 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 2nd day of December, 2013.

By: _____
David Gothard