IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02684-RM-MEH

FOUR WINDS INTERACTIVE LLC, a Colorado limited liability company,

   Plaintiff,

v.

ACTIVISION TV, INC., a Delaware corporation,

   Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 14, 2014.**

   The Joint Motion for Entry of Stipulated Protective Order [filed January 13, 2014; docket #31] is **granted**. The parties' Stipulated Protective Order is accepted and issued contemporaneously with this minute order.